## THE PEOPLE v. BUITRAGO.

### APPEAL from the District Court of Guayama.

No. 145.—Decided October 8, 1908.

CRIMINAL LAW—APPEAL—MANIFEST ERRORS—BILL OF EXCEPTIONS.—Where there
  is no bill of exceptions in the record and it not appearing therefrom that any
  error whatever has been committed, the judgment appealed from must be
  affirmed.

The facts are stated in the opinion.

The appellant did not appear.

*Mr. Rossy, fiscal,* for respondent.

MR. JUSTICE MACLEARY delivered the opinion of the court.

The appellant in this case was prosecuted in the munic-
ipal court of Guyama for adultery, found guilty there and
appealed to the district court and there was again found
guilty and sentenced to pay a fine of $200 and on failure of
payment to two months' imprisonment in jail. This was a
very light punishment and is presumed that the court found
some extenuating circumstances which do not appear in the
record here. Not being satisfied with the light sentence im-
posed on him the defendant took an appeal to this court; but
nothing is filed here but a copy of the complaint, the judg-
ment in the District Court of Guayama and the notice of ap-

peal. The appeal was evidently taken for delay only; and as there is no error apparent in the record the judgment of the court below should be in all things affirmed.

*Affirmed.*

Justices Hernández, Figueras and Wolf concurred.

Mr. Chief Justice Quiñones did not sit at the hearing of this case.